SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 JUN 30 AM 9:52

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: SEARCH WARRANT FOR: )
) 8:05MJ92
)
)
17306 5th Ave, Plattsmouth, Nebraska 68048 )
surrounding curtilage, outbuildings on the property, )
and all vehicles registered to Rick T. McCollum )
and/or Wendy Mathers )
)

## ORDER

IT IS HEREBY ORDERED that the government's Motion to Seal Search Warrant and Application and Affidavit including Search Warrant Returns (Filing No. _____) and this Order are sealed.

6/30/05
Dated

BY THE COURT:

_____
THOMAS D. THALKEN
U.S. Magistrate Judge